Submitted on record and briefs October 1, reversed and remanded November 21, 1990

CATLIN TWITTY,
*Appellant,*

*v.*

Manfred (Fred) MAASS,
*Respondent.*

(90C10777; CA A65020)

801 P2d 893

Catlin Twitty, Salem, filed the brief for appellant *pro se.*

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Keith W. Wingfield, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).